IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>KEITH ROSE,<br><br>             Defendant. | 1:07-CR-00156 LJO<br>1:16-CV-00916-LJO<br><br>STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO VACATE SENTENCE AND ORDER THEREON |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS and KIMBERLY A. SANCHEZ, Assistant United States Attorneys, and the defendant Keith Rose, by and through his attorney, Peggy Sasso, hereby stipulate to extend the time for the government's filing of its response to the defendant's motion from September 26, 2016 until September 28, 2016.  Government counsel was out of the office on September 26, 2016 and is working on two responses to motions filed in the case of US v. Salazar, 1:11-Cr-354.

Dated:  September 27, 2016                                        PHILLIP A. TALBERT
                                                                                            Acting United States Attorney


                                                                               By:   /s/ Kathleen A. Servatius
                                                                                        KATHLEEN A. SERVATIUS
                                                                                        Assistant United States Attorney

Dated:  September 27, 2016                                          /s/ Peggy Sasso
                                                                                         Peggy Sasso, Attorney for Keith Rose

IT IS SO ORDERED.

   Dated:   **September 28, 2016**                          **/s/ Lawrence J. O'Neill**
                                                                                 UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON