1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   KIMBERLY A. SANCHEZ
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | 1:07-CR-00156 LJO
   |                                  | 1:16-CV-00916-LJO
13 |        Plaintiff,                |
   |                                  | STIPULATION PERMITTING DEFENDANT TO
14 |   v.                             | FILE AN AMENDED PETITION AND
   |                                  | RESETTING GOVERNMENT'S RESPONSE
15 | KEITH ROSE,                      | DEADLINE
   |                                  |
   |        Defendant.                |

16

17     The United States of America, by and through PHILLIP A. TALBERT, Acting United States

18 Attorney, and KATHLEEN A. SERVATIUS and KIMBERLY A. SANCHEZ, Assistant United States

19 Attorneys, and the defendant Keith Rose, by and through his attorney, Peggy Sasso, hereby stipulate to

20 permit the defendant to file an amended petition in light of a factual error that was discovered that might

21 alter the nature of the legal argument. The defendant's amended petition shall be filed on or before

22 November 2, 2016 and the government's response shall be filed on or before December 1, 2016.

23 Dated:  September 28, 2016                    PHILLIP A. TALBERT
                                                 Acting United States Attorney
24

25                                         By:   /s/ Kathleen A. Servatius
                                                 KATHLEEN A. SERVATIUS
26                                               Assistant United States Attorney

27 Dated:  September 28, 2016            /s/ Peggy Sasso
                                         Peggy Sasso, Attorney for Keith Rose
28

   STIPULATION AND ORDER THEREON

**ORDER**

IT IS SO ORDERED.

Dated:   **September 29, 2016**              /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION AND ORDER THEREON