IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEITH ROSE,<br><br>　　　　　　　　　Defendant. | 1:07-CR-00156 LJO<br>1:16-CV-00916-LJO<br><br>STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO VACATE SENTENCE AND ORDER THEREON |

　　　　The United States of America, by and through PHILLIP A. TALBERT, United States Attorney, and KATHLEEN A. SERVATIUS and KIMBERLY A. SANCHEZ, Assistant United States Attorneys, and the defendant Keith Rose, by and through his attorney, Peggy Sasso, hereby stipulate to extend the time for the government's filing of its response to the defendant's motion from December 1, 2016 until December 16, 2016.

Dated: November 30, 2016　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ *Kathleen A. Servatius*
　　　　　　　　　　　　　　　　　　　　　　　KATHLEEN A. SERVATIUS
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  November 30, 2016　　　　　　　　　　/s/ *Peggy Sasso*
　　　　　　　　　　　　　　　　　　　　　　　Peggy Sasso, Attorney for Keith Rose


IT IS SO ORDERED.

　　　Dated:  **November 30, 2016**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME AND ORDER
THEREON